```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>    vs.<br><br>Michael W. Rooker, et al,<br><br>    Defendants. | Case No. **2:11-cv-02540-JAM-EFB**<br><br>[PROPOSED] **ORDER RE: REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

IT IS SO ORDERED THAT the parties shall file dispositional documents no later than June 18, 2012.

Date: May 18, 2012

/s/ John A. Mendez
Judge of the United States District Court

[PROPOSED] ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-11-2540-JAM-EFB- 1